UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANDRES TERAN, GIOVANNI LOPEZ,** ,

    **Plaintiffs,**

-vs-                                    Case No. 6:06-cv-602-Orl-28DAB

**ANGELS PAINTING & MAINTENANCE SERVICE, INC., JENNIFER HEMPHILL,**

    **Defendants.**

---

# ORDER

This case is before the Court on Joint Motion/Stipulation To Approve Settlement Agreement (Doc. No. 17) filed September 25, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 27, 2006 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion/Stipulation to Approve Settlement Agreement (Doc. 17) is **GRANTED**.

    3,    The Settlement Agreement is **APPROVED**.

    4.    The case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __23__ day of October, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party